NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of O.C., a child.  )
_____ )
                                 )
M.C.,                            )
                                 )
             Appellant,          )
                                 )
v.                               )     Case No. 2D19-1927
                                 )
DEPARTMENT OF CHILDREN AND       )
FAMILIES and GUARDIAN AD LITEM   )
PROGRAM,                         )
                                 )
             Appellees.          )
_____ )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for Lee
County; Geoffrey Gentile, Judge.

Toni A. Butler of Alderuccio & Butler,
LLC, Naples, for Appellant.

Meredith K. Hall, Bradenton, for Appellee
Department of Children and Families.

Douglas J. Glaid, Statewide Guardian ad
Litem Office, Fort Lauderdale;
Thomasina F. Moore, Statewide Director
of Appeals, Tallahassee; and Sara
Elizabeth Goldfarb, Senior Attorney,
Tallahassee, for Appellee Guardian ad
Litem Program.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.